Daniel T. Hayward, Esq.
Nevada State Bar No. 5986
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
dhayward@laxalt-nomura.com
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
Attorneys for Defendants
David Blatt, Boris Piskun, Ron Friedman,
Compass Financial Partners, LLC, Compass FP Corp.,
Compass Partners, LLC, Compass USA GP,
LLC, Compass USA Holding, LLC, Compass USA, LP,
Compass USA SPE, LLC, Economic Growth Group, Inc.,
Repotex, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD C. ADAMS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SILAR ADVISORS, LP, et al.,<br><br>Defendants. | Case No. 3:11-cv-00210-RCJ-VPC<br><br>**DEFENDANTS' JOINDER TO STATUS CONFERENCE REPORT** |

Defendants DAVID BLATT, BORIS PISKUN, RON FRIEDMAN, COMPASS FINANCIAL PARTNERS, LLC, COMPASS FP CORP., COMPASS PARTNERS, LLC, COMPASS USA GP, LLC, COMPASS USA HOLDING, LLC, COMPASS USA, LP, COMPASS USA SPE, LLC, ECONOMIC GROWTH GROUP, INC., and REPOTEX, INC., by

///

///

///

///

///

///

and through their counsel of record, LAXALT & NOMURA, LTD. and in response to the Court's previous Minute Order (#65, 68), join in the Status Report of the Silar Defendants.

DATED this 22nd day of August, 2011.

LAXALT & NOMURA, LTD.

DANIEL T. HAYWARD, ESQ.
Nevada State Bar No.: 5986
dhayward@laxalt-nomura.com
9600 Gateway Drive
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
Attorneys for Defendants
David Blatt, Boris Piskun, Ron Friedman, Compass Financial Partners, LLC, Compass FP Corp., Compass Partners, LLC, Compass USA GP, LLC, Compass USA Holding, LLC, Compass USA, LP, Compass USA SPE, LLC, Economic Growth Group, Inc., Repotex, Inc.

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of LAXALT & NOMURA, LTD., and that on this 22nd day of August, 2011, I caused a true and correct copy of the foregoing to be served:

_VIA ELECTRONIC SERVICE

addressed as follows:

*** SEE ATTACHED LIST ***

LAXALT & NOMURA
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

Lisa Rasmussen
lisa@irasmussenlaw.com
alex@iramussenlaw.com
secretary@irasmussenlaw.com

Francis B. Majorie
fbmajorie@themajoriefirm.com
kbanks@themajoriefirm.com
vrunning@themajoriefirm.com

Melanie A. Hill
melanie@melaniehilllaw.com
kristinsmith23@gmail.com

Michael J. Collins
mjc@bickelbrewer.com

Robert M. Millimet
rrm@bickelbrewer.com

William A. Brewer, III
wab@bickelbrewer.com

An Employee of Laxalt & Nomura, Ltd.