1    FRANCIS B. MAJORIE PC                Melanie A. Hill, Esq. # 8796
     Pro Hac Vice                           LAW OFFICE OF MELANIE HILL

2    The Majorie Firm Ltd.                 9345 W. Sunset Road, Suite 100
     3514 Cedar Springs Road             Las Vegas, NV 89148

3    Dallas, Texas 75219                   Telephone: 702-362-8500
     Telephone: 214-522-7400           Facsimile: 702-362-8505

4    Facsimile: 214-522-7911            Email: Melanie@MelanieHillLaw.com
     Email: fbmajorie@themajoriefirm.com

5

6    Attorneys for Certain Defendants        Attorneys for Certain Defendants

7

8                    **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**

9

10    LEONARD C. ADAMS, et al.,           Case No.: 3:11-cv-00210-RCJ-VPC

11                 Plaintiffs,
       vs.

12    SILAR ADVISORS, LP., et al.,         STIPULATION AND [PROPOSED] ORDER
                                            CONCERNING MOTION TO DISMISS

13                  Defendants.

14

15

16        On October 11, 2011, the Court entered its Order granting the parties' stipulation to extend to

17 October 31, 2011, the deadline for Silar Advisors, LP and certain other defendants (jointly and

18 severally, "Silar") to file an amended motion to dismiss to accommodate on-going settlement

19 discussions between Silar and Plaintiffs. The undersigned parties now stipulate that they have

20 reached agreement on a settlement framework, and request that the Court continue Silar's filing

21 deadline to at least November 14, 2011, to enable counsel for Silar, Plaintiffs, the Trustee, and Boris

22 Piskun an opportunity to confer *in camera* with the Court about the status and various aspects of

23 their potential settlement. This request is intended to facilitate the interests of justice and is not for

24 purposes of delay.

25

26        Therefore, IT IS HEREBY STIPULATED that Silar's deadline to file an amended motion to

27 dismiss is suspended until at least November 14, 2011. In addition, the undersigned parties request

28 that the Court schedule an *in camera* conference with counsel for Silar, Plaintiffs, the Trustee, and

1   Boris Piskun at its earliest opportunity.

2

3   Dated:  October 31, 2011

4

5

6   THE MAJORIE FIRM, LTD.,                    BICKEL & BREWER
    By:  ___/s/ Francis B. Majorie_____       By:  _/s/  Robert M. Millimet_____
7       Francis B. Majorie                         Robert M. Millimet
        Pro Hac Vice                               Pro Hac Vice
8   3514 Cedar Springs Road                    1717 Main Street, Suite 4800
    Dallas, Texas  75219                       Dallas, Texas  75201
9   Telephone: (214) 522-7400                  Telephone:  214 (653-4000)
    Facsimile:  (214) 522-7911                 Facsimile:  (214) 653-1015
10

11  LAW OFFICES OF MELANIE HILL               LAW OFFICE OF LISA RASMUSSEN,
                                              ESQ.
12

13  COUNSEL FOR SILAR ADVISORS, LP,           COUNSEL FOR PLAINTIFFS
    SILAR SPECIAL OPPORTUNITIES
14  FUND, LP, SERVICING OVERSIGHT
    SOLUTIONS, LLC, SSOP, LLC, SMOF A, LLC
15  ROBERT LEEDS, MICHAEL D. REINER,
    JAY GRACIN, CADE LIU, AND HIN KING TAI
16

17

18       IT IS SO ORDERED.

19

20                                            _____
                                              UNITED STATES DISTRICT JUDGE
21

22  Dated:_October 31, 2011_____ ____

23  //

24  //

25  //

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that on this 31st day of October, 2011, I served a copy of
the foregoing Stipulation and Order via CM/ECF, as authorized by local rule as set forth on the
attached Notice of ECF filing.

3

4

5 

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28