# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD C. ADAMS, *et al.*, | Case No.:  3:11-CV-00210-RCJ-VPC |
| Plaintiffs, | |
| vs. | |
| COMPASS PARTNERS, LLC., *et al.*, | **ORDER SETTING TELEPHONIC HEARING** |
| Defendants. | |

**ORDER IN CHAMBERS**

On October 2, 2015, a Substitution of Attorney for Daniel Newman Only (ECF #219) was filed in this action. Accordingly,

IT IS HEREBY ORDERED that a Telephonic Status Conference is set for 11:00 A.M. Wednesday, October 7, 2015, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

Parties shall dial the Meet-Me-Line FIVE (5) minutes prior to the hearing as follows: (888) 675-2535; Access Code: 2900398; Password: 100715.  The use of a cell phone or speaker phone during the call is prohibited, the call must be made by using a land line.

IT IS SO ORDERED this 5th day of October, 2015.

_____
ROBERT C. JONES
District Judge