# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD C. ADAMS, *et al.,* | Case No.: 3:11-CV-00210-RCJ-VPC |
| Plaintiffs, | |
| v. | **ORDER** |
| COMPASS PARTNERS, LLC, *et al.,* | |
| Defendants. | |

    IT IS HEREBY ORDERED that Plaintiff's Request for a Hearing to Approve Settlement Agreement (ECF No. 265) is GRANTED.

    IT IS FURTHER ORDERED that a hearing is set for 09:00 AM., Monday, July 9, 2018, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

    IT IS SO ORDERED this 29th day of June, 2018.

_____
ROBERT C. JONES
District Judge