DANIEL T. HAYWARD
Nevada State Bar No. 5986
HOLLY S. PARKER
Nevada State Bar No. 10181
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
dhayward@laxalt-nomura.com
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
*Attorneys for the Compass Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD C. ADAMS, et al. | Case No. 3:11-cv-00210-RCJ-CBC |
| Plaintiffs, | |
| v. | |
| COMPASS PARTNERS, LLC, et al., | |
| Defendants. | |

**NOTICE THAT CASE MAY BE CLOSED PURSUANT TO DEEMED DISMISSAL OF ALL REMAINING CLAIMS BY ALL REMAINING PARTIES**

The Settling Plaintiff Direct Lenders, by and through their attorneys Michael J. Collins and Robert M. Millimet of Brewer Attorneys and Counselors and Lisa Rasmussen of the Law Office of Lisa Rasmussen, and Defendants David Blatt, Jay Cohen, Leonard Mezei, Ron Friedman, Compass Financial Partners, LLC, Compass FP Corp., Compass Partners, LLC, Compass USA GP, LLC, Compass USA Holding, LLC, Compass USA, LP, Compass USA SPE, LLC, Economic Growth Group, Inc., and Repotex, Inc. (collectively, the "Compass Defendants"), by and through their attorney Daniel T. Hayward of Laxalt & Nomura, Ltd., hereby give notice that, pursuant to the Court's Agreed Order Approving Settlement Agreement (ECF No. 275) (the "Agreed Order"):

LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
9790 GATEWAY DRIVE
SUITE 200
RENO, NEVADA 89521

Page 1 of 4

1. Pursuant to paragraph 16 of the Agreed Order, the "Effective Date" of the settlement has passed.

2. Pursuant to paragraph 19 of the Agreed Order, the Settling Plaintiffs' Causes of Action against the Compass Defendants and Mark Olson have been deemed by the Court to be automatically dismissed with prejudice.

3. The Non-Settling Plaintiff Direct Lenders' claims were dismissed by the Court's August 9, 2018 Order Dismissing the Non-Voting and Non-Settling Individual Direct Lenders' Claims With Prejudice (ECF No. 280).

4. Accordingly, no claim by any party against any other party remains for adjudication by the Court in this action, and the above-mentioned parties stipulate and agree that this case may be closed by the Court.

DATED this 5th day of September, 2018.

_____
Daniel T. Hayward
Nevada State Bar No. 5986
Holly S. Parker
Nevada State Bar No. 10181
Laxalt & Nomura, Ltd.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
dhayward@laxalt-nomura.com
hparker@laxalt-nomura.com
*Attorneys for the Compass Defendants*

DATED this 5th day of September, 2018.

                                                  */s/ Robert M. Millimet*
                                                  Robert M. Millimet (*pro hac vice*)
                                                  Michael J. Collins (*pro hac vice*)
                                                  Brewer Attorneys & Counselors
                                                  1717 Main Street
                                                  Suite 5900
                                                  Dallas, Texas 75201
                                                  Telephone: (214) 653-4000
                                                  Facsimile: (214) 653-1015
                                                  rrm@brewerattorneys.com
                                                  mjc@brewerattorneys.com
                                                  *Attorneys for Settling Plaintiffs*

DATED this 5th day of September, 2018.

                                                */s/ Lisa A. Rasmussen*
                                                  Lisa A. Rasmussen
                                                  Nevada State Bar No. 7491
                                                  Law Office of Lisa Rasmussen
                                                  601 South 10th Street
                                                  Suite 100
                                                  Las Vegas, Nevada 89101
                                                  Telephone: (702) 471-1436
                                                  Facsimile: (702) 489-6619
                                                  lisa@lrasmussenlaw.com
                                                  jim@RasmussenLaw.onmicrosoft.com
                                                  secretary@lrasmussenlaw.com
                                                  terry@lrasmussenlaw.com
                                                  *Attorneys for Settling Plaintiffs (except Daniel Newman)*

IT IS SO ORDERED this 2nd day of November, 2018.

_____
ROBERT C. JONES